## Commonwealth *v.* Howell, Appellant.

Submitted March 16, 1970. *Lawrence Weiner,* for appellant; *Esther R. Sylvester,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Hughes.

Argued March 20, 1970. *Newton C. Taylor,* Assistant District Attorney, for Commonwealth, appellant; *Joseph W. Mullin,* Public Defender, for appellee.

Order affirmed.